918 A.2d 115

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Harry Bruce WHITMAN, Respondent.**

Supreme Court of Pennsylvania.

April 3, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of April, 2007, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Whether the Superior Court exceeded its authority in sua sponte ordering resentencing before a different judge?

To the extent that the order of the Superior Court required that a new trial judge be assigned to preside over Respondent's resentencing, the court erred; its order is Reversed, and the matter is Remanded to the common pleas court for proceedings consistent with *Commonwealth v. Whitmore*, 912 A.2d 827 (2006).

Mr. Justice Fitzgerald did not participate in the consideration or decision of this matter.